IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00383-MEH-KLM

DEBORAH RESCH and
RUDY RESCH,

      Plaintiffs,

v.

KAITLYN NICOLE SPINK,

      Defendant.

# ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

This matter comes before the Court upon the parties' Stipulation for Dismissal with Prejudice [filed March 31, 2011; docket #35]. The Court hereby **GRANTS** the parties' request, approves the Stipulation and **ORDERS** that this action and all claims asserted herein are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys fees.

Dated and entered this 5th day of April, 2011, at Denver, Colorado.

                                            BY THE COURT:

                                            */s/ Michael E. Hegarty*

                                            Michael E. Hegarty
                                            United States Magistrate Judge